```
                         United States Bankruptcy Court
                          Northern District of Ohio
In re:                                                    Case No. 13-31399-maw
Patrick Henry Jacob                                       Chapter 7
Ellison Hope Jacob
         Debtors
                           CERTIFICATE OF NOTICE
District/off: 0647-3           User: mclar          Page 1 of 2         Date Rcvd: May 17, 2013
                               Form ID: pdf853      Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2013.
db/db        +Patrick Henry Jacob,   Ellison Hope Jacob,   2727 Middlesex,   Toledo, OH 43606-3012
cr           +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: bsteude@co.lucas.oh.us May 17 2013 21:06:09     Lucas County Treasurer,
               One Government Center,   Suite 500,   Toledo, OH 43604-2253
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Northern Ohio Investment Company
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2013**             **Signature:**    *Joseph Speetjens*

```
District/off: 0647-3           User: mclar                 Page 2 of 2                  Date Rcvd: May 17, 2013
                               Form ID: pdf853             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2013 at the address(es) listed below:

```
          Cynthia G Tesznar    on behalf of Creditor   The Northern Ohio Investment Company cgt.br@bex.net
          Ericka S Parker    esparker@sbcglobal.net, oh04@ecfcbis.com
          Patti  Baumgartner-Novak    on behalf of Debtor Ellison Hope Jacob PMBN@Buckeye-Express.com
          Patti  Baumgartner-Novak    on behalf of Debtor Patrick Henry Jacob PMBN@Buckeye-Express.com
          Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
          Stacey A O'Stafy    on behalf of Creditor   The Northern Ohio Investment Company
           bankruptcy@mdk-llc.com, anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
                                                                                            TOTAL: 6
```

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



Dated: May 17 2013

Mary Ann Whipple
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 13-31399 |
| Patrick Henry Jacob<br>Ellison Hope Jacob  AKA Ellison<br>Hope Mclaughlin | Chapter 7<br><br>Judge Mary Ann Whipple<br>* * * * * * * * * * * * * * * *<br>**<u>ORDER GRANTING MOTION FOR</u>**<br>**<u>RELIEF FROM STAY AND</u>**<br>**<u>ABANDONMENT (FIRST MORTGAGE)</u>**<br>**<u>(DOCKET NO. 8)</u>** |
| Debtor(s). | 4152 Belmar Avenue, Toledo, OH 43612 |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by The Northern Ohio Investment Company ("Creditor") (Docket 8). Creditor has alleged that good cause for granting the Motion exists, and that Patrick Henry Jacob and Ellison Hope Jacob  AKA Ellison Hope Mclaughlin (collectively, "Debtor"), counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in

13-010550_JEH1

opposition to the Motion, or all responses have been withdrawn.  For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 4152 Belmar Avenue, Toledo, OH 43612.

###

**SUBMITTED BY**:

/s/ Stacey A. O'Stafy
Stacey A. O'Stafy (0070386)
Cynthia G. Tesznar (0014792)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: sao@manleydeas.com
Attorneys for Creditor


Copies to:

| | |
|---|---|
| Patti Baumgartner-Novak | Patrick Henry Jacob and Ellison Hope Jacob |
| Attorney Debtor | AKA Ellison Hope Mclaughlin |
| 612 S. Main St. | Debtor |
| Heck Bldg, #104 | 4152 Belmar Avenue |
| Findlay, OH 45840 | Toledo, OH 43612 |
| (notified by ecf) | (notified by regular US Mail) |

Patrick Henry Jacob Ellison Hope Jacob  AKA
Ellison Hope Mclaughlin
Debtor
2727 Middlesex
Toledo, OH 43606
(notified by regular US Mail)

Lucas County Treasurer
Party of Interest
One Government Center
Suite 500
Toledo , OH 43604
(notified by regular US Mail)

Stacey A. O'Stafy
Attorney for Creditor
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
(notified by ecf)

Ericka S. Parker
Chapter 7 Trustee
232 10th Street
Toledo, OH 43604
(notified by ecf)

Office of U.S. Trustee
Northern District of Ohio
Howard Metzenbaum U.S. Courthouse
Party of Interest
201 Superior Avenue
Cleveland, OH 44114
(notified by ecf)